AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

UFCW LOCAL 1546 WELFARE FUND,
                Plaintiff,

      v.

JEMM WHOLESALE MEAT COMPANY,
INC., an Illinois Corporation,
                Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **08 C 1008**

ASSIGNED JUDGE: **JUDGE MANNING**
**MAGISTRATE JUDGE COX**

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

    JEMM WHOLESALE MEAT COMPANY, INC., an Illinois Corporation
    c/o:    Daniel B. Goldman, Registered Agent
            4649 West Armitage Avenue
            Chicago, IL 60639

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    ROBERT B. GREENBERG, ESQ.
    ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
    200 West Jackson Boulevard
    Suite 1900
    Chicago, Illinois 60606
    (312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

M
*Esperanza Arnold* (signature)
-----------------------------
(By) DEPUTY CLERK

/B

February 19, 2008
-----------------------------
Date

ClientCaseID: BOB GREENBERG
Law Firm ID: ASHER


*177892A*

CaseReturnDate: 3/21/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **08C1008**

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **JEMM WHOLESALE MEAT COMPANY, INC.**
PERSON SERVED **TOM NACHT, C.F.O.**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **2/29/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex MALE    Race WHITE    Age 52
Height 6'    Build THIN    Hair BALDING

LOCATION OF SERVICE **4649 W ARMITAGE AVE CHICAGO, IL, 60639**

Date Of Service 2/29/08    Time of Service 10:58 AM

R. MARSHALL GRADY    2/29/2008
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.