U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                Case Number: 08 C 1008
UCFW LOCAL 1546 WELFARE FUND,    Plaintiff,

v.

JEMM WHOLESALE MEAT COMPANY, INC.,    Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Jemm Wholesale Meat Company, Inc.

| | |
|---|---|
| NAME (Type or print) <br> Robert H. Brown | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Robert H. Brown | |
| FIRM <br> Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. | |
| STREET ADDRESS <br> 515 North State Street, Suite 2800 | |
| CITY/STATE/ZIP <br> Chicago, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 00319120 | TELEPHONE NUMBER <br> 312/467-9800 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |