THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UFCW LOCAL 1546 WELFARE FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08C 1008 |
| | ) | |
| JEMM WHOLESALE MEAT COMPANY, INC., an Illinois Corporation, | ) ) | Judge Manning |
| | ) | Mag. Judge Cox |
| Defendant. | ) | |

**PROPOSED DISCOVERY SCHEDULING PLAN**

Pursuant to the Court's Order entered on April 24, 2008, the parties, through their respective Counsel, met and conferred regarding preparation of proposed discovery scheduling plan. The parties hereby tender the plan agreed upon, which is as follows:

A) There will be no expert discovery.

B) Written discovery shall be concluded within 120 days from May 13, 2008. Oral discovery shall be concluded within 120 days from May 13, 2008. All dispositive motions are to be filed within 150 days from May 13, 2008.

| **Attorney for Plaintiff** | **Attorney for Defendant** |
|---|---|
| /s/ Robert B. Greenberg | /s/ Robert H. Brown |
| Asher, Gittler, Greenfield & D'Alba, Ltd. | Laner, Muchin, Dombrow, Becker, |
| 200 West Jackson Boulevard | Levin and Tominberg, Ltd. |
| Suite 1900 | 515 North State Street, Suite 2800 |
| Chicago, Illinois 60606 | Chicago, IL 60610 |
| (312) 263-1500 | (312) 467-9800 |
| IL ARDC#: 01047558 | (00319120) |

- 2 -

## CERTIFICATE OF SERVICE

I certify that on May 5, 2008, I caused to be served, via the Court's electronic filing system, the foregoing Proposed Discovery Scheduling Plan, on all parties of record:

>Robert H. Brown, Esq.
>Laner, Muchin, Dombrow, Becker,
>Levin and Tominberg, Ltd.
>515 North State Street
>Suite 2800
>Chicago, IL 60610

>/s/ Robert B. Greenberg
>Asher, Gittler, Greenfield & D'Alba, Ltd.
>200 West Jackson Boulevard
>Suite 1900
>Chicago, Illinois 60606
>(312) 263-1500
>IL ARDC#:  01047558