## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

UFCW Local 1546 Welfare Fund

                      Plaintiff,

v.                                      Case No.: 1:08–cv–01008
                                      Honorable Blanche M. Manning

Jemm Wholesale Meat Company, Inc.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 11, 2008:

      MINUTE entry before the Honorable Blanche M. Manning: Status hearing set for 6/12/2008 is reset to 8/12/2008 at 11:00 AM. The court adopts the proposed discovery scheduling plan. Written discovery shall be concluded within 120 days from 5/13/2008, or 9/10/2008. Oral discovery shall be concluded within 120 days from 5/13/2008, or 9/10/2008. Dispositive motions shall be filed within 150 days from 5/13/2008, or 10/10/2008. The parties having suggested the dates, requests for extensions will be very strongly disfavored. Moreover, given the generous schedule, scheduling conflicts will not warrant an extension, as the parties have ample time in which to avoid any last minute conflicts.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.