**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| UFCW LOCAL 1546 WELFARE FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1008 |
| JEMM WHOLESALE MEAT COMPANY, | ) | Judge Manning |
| INC., an Illinois Corporation, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

**MOTION FOR LEAVE TO WITHDRAW APPEARANCE**

Robert H. Brown of Laner, Muchin, Dombrow, Becker, Levin and Tominberg, Ltd. ("LMDBLT"), hereby moves to withdraw his Appearance on behalf of Jemm Wholesale Meat Company, Inc. As grounds for his Motion, he states he is unable to continue to represent Defendant since it has not complied with its fee agreement with LMDBLT. In addition, Jemm has sold all its assets in an assignment for the benefit of creditors.

DATED: August 6, 2008              By: /s/Robert H. Brown_____
                                                Robert H. Brown
                                                One of Defendant's Attorneys

Robert H. Brown
Laner, Muchin Dombrow, Becker,
   Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, IL  60654
Telephone:  (312) 467-9800
Fax:  (312) 467-9479
rbrown@lanermuchin.com

## CERTIFICATE OF SERVICE

I, Robert H. Brown, certify that on August 6, 2008, I served the foregoing **Notice of Motion** and **Motion for Leave To Withdraw Appearance** via certified mail and via first-class mail, postage prepaid, upon:

> Mr. Dan Goldman
> Jemm Wholesale Meat Company, Inc.
> 4649 West Armitage Avenue
> Chicago, IL  60639
>
> Mr. John Wheeler
> Development Specialists, Inc.
> Three First National Plaza
> Suite 2300
> Chicago, IL  60602

and by electronic filing on August 6, 2008, upon all attorneys of record:

> Robert B. Greenberg, Esq.
> Asher, Gittler, Greenfield, & D'Alba, Ltd.
> 200 West Jackson Boulevard, Suite 1900
> Chicago, IL  60606

/s/  Robert H. Brown
Robert H. Brown
One of the Attorneys for Defendant