IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UFCW LOCAL 1546 WELFARE FUND, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08 C 1008 |
| JEMM WHOLESALE MEAT COMPANY, | ) | Judge Manning |
| INC., an Illinois Corporation, | ) | Magistrate Judge Cox |
| | ) | |
| Defendant. | ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 12, 2008 at 9:30 a.m., I shall present Defendant's Motion for Leave to Withdraw Appearance before the Honorable Blanche Manning, Courtroom 2125, Federal Courthouse, 219 S. Dearborn, Chicago, Illinois.

DATED:  August 6, 2008                     By:  /s/Robert H. Brown_____
                                                Robert H. Brown
                                                One of Defendant's Attorneys

Robert H. Brown
Laner, Muchin Dombrow, Becker,
   Levin and Tominberg, Ltd.
515 North State Street, Suite 2800
Chicago, IL  60654
Telephone:  (312) 467-9800
Fax:  (312) 467-9479
rbrown@lanermuchin.com