## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1008 | **DATE** | 8/12/2008 |
| **CASE TITLE** | UFCW Local 1546 WelFund vs. Jemm Wholesale Meat Company, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 8/12/2008.  Defendant's motion for leave to withdraw appearance of Robert H. Brown [13] is granted.  Robert H. Brown is withdrawn as counsel for defendant.  Defendant are directed to obtain counsel by the next status date.  Status hearing continued to 9/18/2008 at 11:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | SB |
|---|---|---|